UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**SARA TAYLOR,** *individually and on behalf of all others similarly situated*,

    **Plaintiff,**

    v.

**THINK SMARTFINANCIAL.COM INSURANCE AGENCY, LLC,**

    **Defendant.**

**Civil Action 2:25-cv-408**
**Chief Judge Sarah D. Morrison**
**Magistrate Judge Chelsey M. Vascura**

## ORDER

This matter is before the Court on parties' Joint Notice of Settlement and Request for Stay. (ECF No. 32.) Therein, the parties report that they have reached a settlement in principle and request that the action be stayed pending a stipulation of dismissal. (*Id.*) For good cause shown, the parties' Motion is **GRANTED**. All current deadlines and hearings in this matter are **STAYED**.

The parties are **ORDERED** to file a joint written **REPORT** detailing the status of this case **ON OR BEFORE JULY 10, 2025**, unless they have filed a dismissal entry in accordance with Federal Rule of Civil Procedure 41(a)(1)(A) in the interim.

    **IT IS SO ORDERED.**

    /s/ *Chelsey M. Vascura*
    CHELSEY M. VASCURA
    UNITED STATES MAGISTRATE JUDGE